Caleb L. McGillvary, Pro Se
#1222665/#102317G
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625
Petitioner is confined

JUNE 16, 2022

United States District Court
For The District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE:  CALEB L. MCGILLVARY V. BRUCE DAVIS, ADMINISTRATOR
     DIST. COURT NO. <u>NOT YET ASSIGNED</u>

Dear Sir or Madam:

    Please find here enclosed for filing the original and required copies of Petitioner Caleb L. McGillvary's Writ of Habeas Corpus pursuant to 28 U.S.C. §2254, to the back of which is attached my affidavit of poverty and certification in support of my motion leave to proceed in forma pauperis; my letter brief, notice, and order in support of my motion leave to proceed in forma pauperis, with certification of service thereof; my notice, certification and brief in support, proposed order, and certification of service of my motion for evidentiary hearing and discovery; my brief and certification in support and proposed order of my ex parte motion for financial assistance to obtain expert assistance; and my ex parte motion to seal my ex parte motion for financial assistance to obtain expert assistance in the above titled action.

Respectfully submitted,

_____
Caleb L. McGillvary, Pro Se

C: CLM File.