CALEB L. MCGILLVARY v. THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al.

CIVIL NO. 22-4185(MCA)

LIST OF STATE'S EXHIBITS

1. List of Exhibits

2. Union County Indictment No. 16-05-00344-I

3. Judgment of Conviction, Indictment No. 16-05-00344-I

4. Defendant's appellate brief, filed April 29, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

5. Defendant's appendix, volume 1, filed April 29, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

6. Defendant's appendix, volume 2, filed April 29, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

7. State's appellate brief, filed July 2, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

8. Defendant's reply brief, filed July 13, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

9. Defendant's pro se motion to relieve counsel, filed August 6, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

10. Defendant's certification in support of pro se motion to relieve counsel, filed August 6, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

11. State's supplemental brief and appendix, filed August 11, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

12. State's opposition to motion to relieve counsel, filed August 13, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

13. Order remanding motion to relieve counsel to the trial court, filed September 1, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

14. State's letter regarding remand hearing, filed September 11, 2020 in the Superior Court of New Jersey, Union County Courthouse, Trial Court Indictment No. 13-11-00946-I and Appellate Division Docket No. A-4519-18T3 (direct appeal)

15. Opinion of the trial court, the Honorable Robert Kirsch, J.S.C, filed October 30, 2020 in the Superior Court of New Jersey, Union County Courthouse, Trial Court Indictment No. 16-05-00344-I and Appellate Division Docket No. A-4519-18T3 (direct appeal)

16. Order denying motion to relieve counsel, filed November 12, 2020 in the Superior Court of New Jersey, Appellate Division, Docket No. A-4519-18T3 (direct appeal)

17. Opinion of the Superior Court of New Jersey, Appellate Division, decided August 4, 2021, Docket No. A-4519-18T3 (direct appeal)

18. State's letter in lieu of brief in opposition to defendant's petition for certification, filed September 28, 2021 in the Supreme Court of New Jersey, Docket No. 086174 (direct appeal)

19. Order of the Supreme Court of New Jersey, filed December 10, 2021 denying defendant's petition for certification, Docket No. 086174 (direct appeal)

20. Defendant's *pro* *se* notice of motion for reconsideration, dated December 16, 2021, filed in the Supreme Court of New Jersey, Docket No. 086174 (direct appeal)

21. Appendix to *pro* *se* brief in support of motion for reconsideration, dated December 16, 2021, filed in the Supreme Court of New Jersey, Docket No. 086174 (direct appeal)

22. Order of the Supreme Court of New Jersey, filed March 11, 2022, denying defendant's motion for reconsideration, Docket No. 086174 (direct appeal)

23. Petition for Certiorari, filed March 2, 2022 in the Supreme Court of the United States, Docket No. 21-7231 (direct appeal)

24. Appendix to the Petition for Certiorari, filed March 2, 2022 in the Supreme Court of the United States, Docket No. 21-7231 (direct appeal)

25. Respondent's waiver to the Supreme Court of the United States, filed March 22, 2022 in the Supreme Court of New Jersey, Docket No. 21-7231 (direct appeal)

26. United States Supreme Court Docket No 21-7231, entry on April 18, 2022 indicating petition was denied (direct appeal)

27. Miranda Hearing Transcript, dated January 8,2016

28. Motion Hearing Transcript, dated September 30, 2016

29. Conference Transcript, dated July 19, 2017

30. Motion Transcript, dated February 8, 2018

31. Conference Transcript, dated March 26, 2018

32. Case Management Conference Transcript, dated January 7, 2019

33. Pretrial Conference Transcript, dated March 21, 2019

34. Trial (Jury Selection) Transcript, dated April 2, 2019

35. Trial (Jury Selection) Transcript, April 3, 2019

36. Trial Transcript, dated April 9, 2019

37. Trial Transcript, dated April 10, 2019

38. Trial Transcript, dated April 11, 2019

39. Trial Transcript, dated April 16, 2019

40. Trial Transcript, dated April 17, 2019

41. Trial Transcript, dated April 18, 2019

42. Trial Transcript, dated April 22, 2019

43. Trial Transcript, dated April 23, 2019

44. Trial Transcript, dated April 24, 2019

45. Presentence Hearing Transcript, dated May 23, 2019

46. Sentencing Transcript, dated May 30, 2019