FILED, Clerk of the Appellate Division, April 29, 2020, A-004515-18   Case 1:22-cv-04185-CPO   Document 13-4   Filed 03/30/23   Page 1 of 1 PageID: 506

CONFIDENTIAL UNN-13-001703   05/18/2016   Pg 1 of 1   Trans ID: CRM2019422296

PROSECUTOR'S DOCKET NO. 13001703
   SUPERSEDING INDICTMENT NO. 13-11-00946I
C.D.R. NO. W-2013-000093-2002

GRACE H. PARK
Acting Prosecutor of Union County
32 Rahway Avenue
Elizabeth, New Jersey 07202
(908) 527-4500
Attorney for the State of New Jersey

RECEIVED AND FILED
SUPERIOR COURT, UNION COUNTY
CRIMINAL DIVISION

**MAY 1 8 2016**

ROBERT EPPENSTEIN
Criminal Division Manager

| | | |
|---|---|---|
| THE STATE OF NEW JERSEY | : | SUPERIOR COURT OF NEW JERSEY |
| | | LAW DIVISION – UNION COUNTY |
| v. | : | CRIMINAL |
| CALEB L. MCGILLVARY | : | INDICTMENT NO. |
| | : | **16-05-00344 I** |
| | : | *N.J.S.A.* 2C:11-3a(1) and/or (2) |
| | : | MURDER |
| | | (FIRST DEGREE) |
| | : | |

## COUNT ONE

The Grand Jurors of the State of New Jersey, for the County of Union, upon their oaths present that CALEB L. MCGILLVARY, on or about May 12, 2013, in the Township of Clark, in the County of Union, aforesaid, and within the jurisdiction of this Court, did purposely and/or knowingly cause the death or serious bodily injury, resulting in the death of Joseph Galfy, Jr.; contrary to the provisions of *N.J.S.A.* 2C:11-3a(1) and/or (2), and against the peace of this State, the Government and dignity of the same.

SPECIAL DEPUTY ATTORNEY GENERAL/
ACTING ASSISTANT PROSECUTOR
SCOTT M. PETERSON

SMP/sv

ENDORSED:
Maureen Osborne
FOREPERSON

0012a