

# Judgment of Conviction & Order for Commitment

## Superior Court of New Jersey, UNION County

**State of New Jersey      v.**

| Last Name | First Name | Middle Name |
|---|---|---|
| MCGILLVARY | CALEB | L |

**Also Known As**

| Date of Birth | SBI Number | Date(s) of Offense |
|---|---|---|
| 09/03/1988 | 102317G | 05/12/2013 |

| Date of Arrest | PROMIS Number | Date Ind / Acc / Complt Filed | Original Plea | Date of Original Plea |
|---|---|---|---|---|
|  | 13 001703-001 | 05/18/2016 | ✔ Not Guilty   ☐ Guilty | 05/23/2016 |

Adjudication By   ☐ Guilty Plea   ✔ Jury Trial Verdict   ☐ Non-Jury Trial Verdict   ☐ Dismissed / Acquitted   Date: 04/24/2019

### Original Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 16-05-00344-I | 1 | MURDER - PURPOSELY | 2C:11-3A(1) | 1 |

### Final Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 16-05-00344-I | 1 | MURDER - PURPOSELY | 2C:11-3A(1) | 1 |

### Sentencing Statement

It is, therefore, on 05/30/2019   **ORDERED** and **ADJUDGED** that the defendant is sentenced as follows:

The Defendant is remanded to the custody of the Commissioner of the Department of Corrections for a period of 57 YEARS.

Defendant must serve 85 % of this sentence until released in accordance with the No Early Release Act.

Defendant is subject to 5 years mandatory Parole Supervision upon release pursuant to the No Early Release Act.

✔ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority.

| Total Custodial Term | Institution Name | Total Probation Term |
|---|---|---|
| 057 Years 00 Months 000 Days | CARE COMMISS/CORR | 00 Years 00 Months |

State of New Jersey v. MCGILLVARY, CALEB L         S.B.I. # 102317G    Ind / Acc / Complt # 16-05-00344-I

## DEDR (*N.J.S.A.* 2C:35-15 and 2C:35-5.11)

A mandatory Drug Enforcement and Demand Reduction (DEDR) penalty is imposed for each count. (Write in number of counts for each degree.)

☐ DEDR penalty reduction granted (*N.J.S.A.* 2C:35-15a(2))

|          | Standard | Doubled |
|----------|----------|---------|
| 1st Degree | ___ @ $___ | ___ @ $___ |
| 2nd Degree | ___ @ $___ | ___ @ $___ |
| 3rd Degree | ___ @ $___ | ___ @ $___ |
| 4th Degree | ___ @ $___ | ___ @ $___ |
| DP or Petty DP | ___ @ $___ | ___ @ $___ |

**Total DEDR Penalty** $ _____

☐ The court further ORDERS that collection of the DEDR penalty be suspended upon defendant's entry into a residential drug program for the term of the program. (*N.J.S.A.* 2C:35-15e)

Forensic Laboratory Fee (*N.J.S.A.* 2C:35-20)   Total Lab Fee
___ Offenses @ $___                              $___

## VCCO Assessment (*N.J.S.A.* 2C:43-3.1)

| Counts | Number | Amount |
|--------|--------|--------|
| 1 | 1 @ | $50.00 |
|   | @ | $ |
|   | @ | $ |
|   | @ | $ |

**Total VCCO Assessment** $ 50.00

## Vehicle Theft / Unlawful Taking Penalty (*N.J.S.A.* 2C:20-2.1)

Offense: _____   Mandatory Penalty: $ _____

## Offense Based Penalties

Penalty: _____   Amount: $ _____

## Other Fees and Penalties

Law Enforcement Officers Training and Equipment Fund Penalty (*N.J.S.A.* 2C:43-3.3)
☑ $ 30.00

Safe Neighborhoods Services Fund Assessment (*N.J.S.A.* 2C:43-3.2)
☑ 1 Offenses @ $75.00
Total: $ 75.00

Probation Supervision Fee (*N.J.S.A.* 2C:45-1d)
☐ $ _____

Statewide Sexual Assault Nurse Examiner Program Penalty (*N.J.S.A.* 2C:43-3.6)
☐ ___ Offenses @ $___
Total $ _____

Transaction Fee (*N.J.S.A.* 2C:46-1.1)
☑

Domestic Violence Offender Surcharge (*N.J.S.A.* 2C:25-29.4)
☐ $ _____

Certain Sexual Offenders Surcharge (*N.J.S.A.* 2C:43-3.7)
☐ $ _____

Fine
$ _____

Sex Crime Victim Treatment Fund Penalty (*N.J.S.A.* 2C:14-10)
☐ $ _____

Restitution   Joint & Several
$ _____       ☐

Total Financial Obligation
$ 155.00

## Additional Conditions

☑ The defendant is hereby ordered to provide a DNA sample and ordered to pay the costs for testing of the sample provided (*N.J.S.A.* 53:1-20.20 and *N.J.S.A.* 53:1-20.29).

☐ The defendant is hereby sentenced to community supervision for life (CSL) if offense occurred before 1/14/04 (*N.J.S.A.* 2C:43-6.4).

☐ The defendant is hereby sentenced to parole supervision for life (PSL) if offense occurred on or after 1/14/04 (*N.J.S.A.* 2C:43-6.4).

☑ The defendant is hereby ordered to serve a __5__ year term of parole supervision, pursuant to the No Early Release Act (NERA), which term shall begin as soon as the defendant completes the sentence of incarceration (*N.J.S.A.* 2C:43-7.2).

☐ The court imposes a Drug Offender Restraining Order (DORO) (*N.J.S.A.* 2C:35-5.7h). DORO expires _____

☐ The court continues/imposes a Sex Offender Restraining Order (SORO) if the offense occurred on or after 8/7/07 (Nicole's Law *N.J.S.A.* 2C:14-12 or *N.J.S.A.* 2C:44-8).

☐ The court imposes a Stalking Restraining Order (*N.J.S.A.* 2C:12-10.1).

☐ The defendant is prohibited from purchasing, owning, possessing, or controlling a firearm and from receiving or retaining a firearms purchaser identification card or permit to purchase a handgun (*N.J.S.A.* 2C:25-27c(1)).

## Findings Per *N.J.S.A.* 2C:47-3

☐ The court finds that the defendant's conduct was characterized by a pattern of repetitive and compulsive behavior.

☐ The court finds that the defendant is amenable to sex offender treatment.

☐ The court finds that the defendant is willing to participate in sex offender treatment.

## License Suspension

☐ CDS / Paraphernalia (*N.J.S.A.* 2C:35-16)    ☐ Waived
☐ Auto Theft / Unlawful Taking (*N.J.S.A.* 2C:20-2.1)
☐ Eluding (*N.J.S.A.* 2C:29-2)
☐ Other

Number of Months: _____   ☐ Non-resident driving privileges revoked

Start Date: _____   End Date: _____

Details: _____

Driver's License Number: _____   Jurisdiction: _____

If the court is unable to collect the license, complete the following:
Defendant's Address: _____

City: _____   State: _____   Zip: _____

Date of Birth: _____   Sex: ☐ M  ☐ F   Eye Color: _____

Details: _____

State of New Jersey v.
MCGILLVARY, CALEB L                                    S.B.I. # 102317G    Ind / Acc / Complt # 16-05-00344-I

## Time Credits

| Time Spent in Custody<br>R. 3:21-8 | Gap Time Spent in Custody<br>N.J.S.A. 2C:44-5b(2) | Prior Service Credit |
|---|---|---|
| Date: From – To<br>05/16/2013 – 05/29/2019 | Date: From – To | Date: From – To |
| | **Rosado Time**<br>Date: From – To | |
| Total Number of Days  2205 | Total Number of Days _____ | Total Number of Days _____ |

## Statement of Reasons - Include all applicable aggravating and mitigating factors

The Court finds that aggravating factors 1, 3, 9 and 12 outweigh the mitigating factors 4 and 7.

| Attorney for Defendant at Sentencing | Public Defender |
|---|---|
| JOHN G CITO | ☑ Yes  ☐ No |
| **Prosecutor at Sentencing** | **Deputy Attorney General** |
| SCOTT PETERSON | ☐ Yes  ☑ No |
| **Judge at Sentencing** | |
| Robert Kirsch, J.S.C. | |
| **Judge (Signature)** | **Date** |
| /s Robert Kirsch, J.S.C. | 05/30/2019 |