CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #1023176 NJSP
PO BOX 861 TRENTON, NJ 08625

JANUARY 4, 2024

CLERK, USDC - DNJ
US COURTHOUSE
4TH & COOPER STS.
CAMDEN, NJ 08101-2797

RECEIVED
JAN 10 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

RE: MCGILLVARY v. DAVIS
CIVIL ACTION NO. 1:23-CV-04185-CPO
ON PETITION FOR WRIT OF HABEAS CORPUS

DEAR CLERK:
PLEASE FIND ENCLOSED & FILE ONTO THE DOCKET THE ORIGINAL & 3 COPIES OF MY REPLY TO THE STATE'S RESPONSE TO MY MOTION TO RECUSE JUDGE O'HEARN, A DECLARATION IN SUPPORT THEREOF; & PROOF OF SERVICE THEREOF; IN THE ABOVE-CAPTIONED MATTER.
THANK YOU KINDLY,
/s/
CALEB L. MCGILLVARY

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

January 4,2024

Hon. Christine P. O'Hearn, U.S.D.J.
US Dist. Ct. - DNJ
US Courthouse
4th and Cooper Streets
Camden, NJ 08101-2797

  RE: McGillvary v Davis
  Civil Action No. 1:22-cv-04185-CPO
  Hon. Christine P. O'Hearn, U.S.D.J.

Dear Judge O'Hearn;

Please accept this letter in lieu of a more formal brief in reply to the Respondent's response to my motion to recuse Judge O'Hearn from this proceeding.

Plaintiff adopts by reference his attached declaration in support of this reply pursuant to Fed. R. Civ. P. 10(c); and avers that it shows the following:

1.) On June 22, 2022, Plaintiff filed the habeas corpus petition in this matter.

2.) On December 12, 2023, the Clerk filed Plaintiff's initial complaint in McGillvary v Scutari onto the docket at 1:23-cv-22605-RMB-MJS. Plaintiff specifically alleges in paragraph "76" that, "On June 22, 2022, Plaintiff filed a petition for writ of habeas corpus in the USDC-DNJ; which was automatically assigned to Arleo under DNJ L. Civ. R. 40.1 because of her previously presiding over an action involving the same set of facts"; in specific reference to this case. Plaintiff then alleges numerous constitutional and RICO violations related to this case, in paragraphs "75-116" of that complaint.

1

3.) On or about ~~January 2,~~ JANUARY 3 2024, Chief Judge of the 3rd Circuit Michael Chagares entered an order in McGillvary v Scutari, Dkt No. 1:23cv-22605-RMB-MJS; ECF 4; that said case, and all related cases, were thereafter reassigned to Judge John ~~R. Padova~~ MILTON YOUNGE of the Eastern District of Pennsylvania pursuant to 28 U.S.C. 292(b).

4.) The instant case is related to McGillvary v Scutari, as described in "2"; and is therefore subject to the order described in "3".

On December 12, 2023, Respondent filed a response to Plaintiff's motion to recuse Judge O'Hearn, which Plaintiff received on January 2, 2024.

This reply to Respondent's response is now before the Court.

LEGAL ARGUMENT

POINT I: THE CHIEF JUDGE OF THE 3RD CIRCUIT HAS ORDERED THAT ALL CASES RELATED TO MCGILLVARY V SCUTARI ARE REASSIGNED TO HON. JOHN ~~R. PADOVA~~ MILTON YOUNGE, AND THIS COURT IS BOUND TO FOLLOW THE 3RD CIRCUIT'S MANDATE BY REASSIGNING THE INSTANT CASE TO JUDGE ~~PADOVA~~ YOUNGE

A manadate issued by the 3rd Circuit leaves no room for discretion by the District Court, but requires adherence to the terms of the order issued by the superior Court. United State v Mitlo 714 F.2d 294, 298 (CA3 1983); and In Re Chambers Dev. Co., Inc. 148 F.3d 214, 224 (CA3 1998)("Mandamus is appropriate where a District Court has failed to adhere to the mandate of an appellate Court")

Although a motion to recuse would normally be left to the sound discretion of the District Court, the Chief Judge of the 3rd Circuit, Michael Chagares, has declared that it is in the Public Interest to order "all related cases" to McGillvary

2

v Scutari, which includes this case, reassigned to Judge ~~Padova~~ YOUNGE of the E.D.PA under 28 U.S.C. 292(b). See 1:23-cv-22605-~~JRP~~ JMY. It is incontrovertible that this is a related case, since this case is specifically identified in the pleadings of Scutari. See 1:23-cv-22605-~~JRP~~ JMY, ECF 1, paragraph "76". This mandate leaves no room for discretion, but requires the Court forthwith to reassign this case to Judge ~~Padova~~ YOUNGE.

## Conclusion

For all the foregoing reasons, this Court is respectfully urged to follow the mandate of the 3rd Circuit and forthwith reassign the instant matter to Hon John ~~R. Padova~~ MILTON YOUNGE of the US District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

1/4/24

Caleb L. McGillvary
In Propria Persona

ENCL:
CC: FILE

3

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#102317G NJSP
PO BOX 861 TRENTON, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| CALEB L. MCGILLVARY  PETITIONER  V.  BRUCE DAVIS, ADMINISTRATOR NJSP, ATTORNEY GENERAL OF NJ  RESPONDENT | CIVIL ACTION NO. 1:22-CV-04185-CPO  HON. CHRISTINE P. O'HEARN, USDJ  ON PETITION FOR HABEAS CORPUS |

DECLARATION IN SUPPORT OF REPLY

CALEB L. MCGILLVARY ("PETITIONER") HEREBY DECLARES PURSUANT TO 28 U.S.C. 1746:

1.) I AM THE PRO SE PETITIONER FOR HABEAS CORPUS IN THE ABOVE CAPTIONED MATTER

2.) ON JUNE 22, 2022, I FILED THE HABEAS CORPUS PETITION IN THIS MATTER

3.) ON DECEMBER 12, 2023, THE CLERK FILED MY INITIAL COMPLAINT IN MCGILLVARY v. SCUTARI ONTO THE DOCKET AT 1:23-CV-22605-RMB-MJS. I SPECIFICALLY ALLEGES IN PARAGRAPH "76" OF THAT COMPLAINT THAT, "ON JUNE 22, 2022, PLAINTIFF

1

filed a petition for writ of habeas corpus in the USDC-DNJ; which was automatically assigned to Arleo under DNJ L. Civ. R. 40.1 because of her previously presiding over an action involving the same set of facts"; in specific reference to this case. I then alleges numerous constitutional & RICO violations related to this case, in paragraphs "75"-"116" of that complaint.

4.) On or about January 2, 2024, Chief Judge of the 3rd Circuit Michael Chagares entered an order in McGillvary v. Scutari, Dkt. No. 1:23-cv-22605-RMB-MJS; ECF 4; that said case, & all related cases, were thereafter reassigned to Judge John Milton Younge of the Eastern District of Pennsylvania pursuant to 28 USC 292(b).

5.) The instant case is related to McGillvary v. Scutari, as described in "3"; & is therefore subject to the order described in "4"

6.) On or about January 2, 2024, I receive the State's response to my motion to recuse Judge O'Hearn in this matter. I signed a postage receipt for this parcel

2

which was witnessed by a correctional officer, who opened the envelope containing the document in my presence & gave me the document. A copy of this receipt & envelope is attached hereto as "Exhibit A". I declare under penalty of perjury that all documents attached hereto are true & accurate copies of the originals, & that the foregoing statements are true & accurate. Executed this 4th day of January, 2024.

*/s/ Caleb L. McGillvary*
Caleb L. McGillvary, Pro Se
#1222665 / SBI #1023176
NJSP PO Box 861
Trenton, NJ 08625-0861

3

EXHIBIT A

| | | | |
|---|---|---|---|
| G-21 | NEW JERSEY STATE PRISON | | (Rev. 9/7/17) |

**Legal Mail/Accountable Non Legal Mail**

Process and Delivery Receipt #_____

C. MCGillvary / 122665 / 6R / 1/5/24
Inmate Name / Number / Wing / Date

C. M. Noble _____ 1/19/24
Sender / Address / Date (Postmark)

_____ 1/3/24
Processed by: (Print and Sign) / Date

_____
Traffic Control Officer (if relocated) (Print and Sign) / Date

Issued by: (Officer Print and Sign) / Wing / Date
C MCGILLVARY / 6R / 1/2/24

_____
Accepted by Inmate: (Print and Sign) / Date

_____
Refused by Inmate: (Print and Sign) / Date

---

Item#  81/2

___ Legal Mail

___ Non Legal Accountable

___ Regular First Class (No special handling)

___ Inter Office (Truck Mail)

___ Registered/Certified

___ Return Receipt

___ Priority Mail

___ Express Mail

___ Common Carrier Overnight or Priority Delivery (FedEx, UPS, etc.) carrier:_____

Housing Officer: If inmate has moved, hand deliver immediately to Traffic Control.
Traffic Officer: Promptly locate inmate housing location in iTag and arrange for immediate delivery.

WHITE - Mailroom I/M file
YELLOW - Inmate Receipt

US POSTAGE PITNEY BOWES

ZIP 08628 $ 001.59⁰
02 4W
0000378083 DEC 15 2023

**N.J. DIVISION OF CRIMINAL JUSTICE**
Hughes Justice Complex P.O. Box 085
TRENTON, NJ 08625-0085

FIRST CLASS MAIL

Caleb L. McGillvary
1222665/1023166
New Jersey State Prison
PO Box 861
Trenton, New Jersey 08625

## PROOF OF SERVICE

I, CALEB L. MCGILLVARY, HEREBY DECLARE PURSUANT TO 28 USC 1746 THAT ON TODAY'S DATE I PLACE IN THE INSTITUTIONAL MAILING SYSTEM WHERE I'M IN STATE CUSTODY AT NJ STATE PRISON 3RD & FEDERAL STS. TRENTON, NJ 08625 WITH 1ST CLASS POSTAGE PREPAID TO BE SENT VIA USPS MAIL THE ORIGINAL & 3 COPIES TO THE CLERK AT USDC-DNJ 4TH & COOPER STS. CAMDEN, NJ 08101 FOR FILING; & A COPY TO COUNSEL FOR RESPONDENT AMANDA G. SCHWARTZ AT OAG-HJC 25 MARKET ST. PO BOX 085 TRENTON, NJ 08625-0085; OF MY REPLY TO THE STATE'S RESPONSE TO MY MOTION TO RECUSE JUDGE O'HEARN, & DECLARATION IN SUPPORT THEREOF.

I HEREBY INVOKE THE PRISON MAILBOX RULE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 4TH DAY OF JANUARY, 2024

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI#102317G
NJSP PO BOX 861 TRENTON, NJ
08625-0861

C MCGILLVARY
#1222665/SBI#1023176
NJSP PO BOX 861
TRENTON, NJ
08625-0861




CLERK
US DIST. CT. - DNJ
US COURTHOUSE
~~▓▓▓▓▓▓▓▓▓▓~~
4TH & COOPER STS.
CAMDEN, NJ
08101-2797





RECEIVED
AT 8:30
JAN 10 2024
CLERK, U.S. DISTRICT COURT - DNJ
M

X-RAYED