Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

January 8, 2024

Hon. Michael A. Chagares, C.A.J.
U.S. Court of Appeals, 3rd Cir.
Frank R. Lautenberg USPO & Cthse, Room 357
2 Federal Square
Newark, NJ 07102

    RE: <u>McGillvary v. Davis</u>, Dkt. No. 1:22-cv-04185-CPO
    USDC-DNJ on Petition for Writ of Habeas Corpus

Dear Judge Chagares:

    Please accept this letter in reference to the above-captioned case, which has been filed with the Clerk of the District Court in said case & served upon the respondent.

    Your Honor has issued two orders in the related case, <u>McGillvary v. Scutari et al</u>, Dkt. No. 1:23-cv-22605-JMY; finding that it was in the public interest to designate Hon. John Milton Younge to hold a District Court until the disposition of "all related cases." <u>Id.</u> ECF 4,5. The above-captioned case is a related case which is specifically referred to in the pleadings for <u>Scutari</u>. <u>See Id</u>. ECF 1, paragraphs "76"-"116."

1

SPECIFICALLY, I HAVE ALLEGED THAT MY MAIL HAS BEEN TAMPERED WITH BY OFFICERS OF THE US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; & THAT MY CURRENT HABEAS JUDGE HAS ENGAGED IN MONEY LAUNDERING, AS PART OF AN ILLICIT POLITICAL FUNDING NETWORK THAT INCLUDED THE ALLEGED VICTIM IN MY CRIMINAL CASE, IN SUPPORT OF UNREGISTERED FOREIGN AGENT ROBERT MENENDEZ. THESE ALLEGATIONS ARE SUBSTANTIATED BY OFFICIAL RECORDS OF THE FEDERAL ELECTIONS COMMISSION, US POSTAL SERVICE, & NJ ELECTION LAW ENFORCEMENT COMMISSION; & ARE THE SUBJECT OF OFFICIAL COMPLAINTS TO THOSE AGENCIES AS WELL AS THE U.S. DEPARTMENT OF JUSTICE & THE GOVERNMENT ACCOUNTABILITY OFFICE. THIS NETWORK INCLUDES NO LESS THAN 4 ADDITIONAL DISTRICT OF NEW JERSEY JUDGES; & JOINS THE US ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NY IN IMPLICATING SENATOR ROBERT MENENDEZ FOR ACTING AS AN UNREGISTERED FOREIGN AGENT AT THE TIME HE LOBBIED FOR THE NOMINATION OF 9 OF THE 13 DISTRICT JUDGES IN NJ.

IN LIGHT OF THESE FACTS, THE SAME FACTORS LEADING YOUR HONOR TO REASSIGN

SCUTARI UNDER 28 U.S.C. 292(b), WEIGH NO LESS HEAVILY IN THE ABOVE-CAPTIONED MATTER. ONE OF THE JUDGES NAMED IN SCUTARI IS CURRENTLY PRESIDING, & I HAVE ALLEGED THAT SHE HAS STRUCTURED TWO $2,500 TRANSACTIONS ON 9/21/11 TO ROBERT MENENDEZ AS CONSIDERATION FOR HIS LOBBYING TO SECURE HER NOMINATION IN JUNE OF 2021. FURTHERMORE, I HAVE ALREADY HAD MOTIONS GO MISSING AFTER BEING DELIVERED TO THE DNJ, WITHOUT EVER BEING ENTERED ON THE DOCKET. SEE IN RE CALEB L. MCGILLVARY, APP. NO. 23-3031

FOR ALL THE FOREGOING REASONS, I RESPECTFULLY ASK THAT YOUR HONOR ACT IN THE PUBLIC INTEREST TO PRESERVE THE INTEGRITY OF THE FEDERAL JUDICIARY, & REASSIGN THE ABOVE-CAPTIONED MATTER UNDER 28 USC 292(b): TO A JUDGE FROM OUTSIDE OF THE DNJ.

RESPECTFULLY SUBMITTED,

DATE: 1/8/24

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #1023174 NJSP
PO BOX 861 TRENTON, NJ 08625

ENCL:
CC: CLERK, USDC-DNJ
AMANDA G. SCHWARTZ, ESQ.
HON. CHRISTINE P. O'HEARN, USDJ

3

Caleb L. McGillvary, Pro Se
#1222665/SBI#1023176, NJSP
PO Box 861 Trenton, NJ 08625

United States District Court
For the District of New Jersey

| | |
|---|---|
| Caleb L. McGillvary<br>Petitioner<br><br>v.<br><br>Bruce Davis, Administrator NJSP, Attorney General of New Jersey<br>Respondent | Civil Action No.<br>1:22-cv-04185-CPO<br>Hon. Christine P. O'Hearn, USDJ.<br>On Petition for Writ of Habeas Corpus |

Declaration of Caleb L. McGillvary

I, Caleb L. McGillvary, declare pursuant to 28 USC 1746 the following:

1.) I am the pro se petitioner for writ of habeas corpus in the above captioned matter.

2.) On 11/28/23, Circuit Judges Jordan, Porter, & Phipps held that my motion to withdraw my IFP application in the above captioned matter had been resolved by my payment of the filing fee. See In Re Caleb L. McGillvary, App. No. 23-2660, 23-2820.

1

3.) ON 12/12/23, RESPONDENT FILED A RESPONSE TO MY MOTION FOR RECUSAL IN THIS MATTER. THE CLERK SENT ME NOTICE OF THIS, WHICH INDICATED IN THE UPPER LEFT CORNER "HABEAS, PLO." A COPY OF THIS NOTICE IS ATTACHED HERETO AS "EXHIBIT A".

4.) ALSO ON 12/12/23, THE CLERK OF THE USDC-DNJ FILED MY INITIAL COMPLAINT IN MCGILLVARY v. SCUTARI, DKT NO. 1:23-cv-22605-JMY. IN THIS COMPLAINT, I NAME THE CURRENT JUDGE PRESIDING OVER THIS MATTER, HON. CHRISTINE P. O'HEARN, AS A DEFENDANT.

5.) ON 12/20/23, THE CLERK OF THE USDC-DNJ BELATEDLY ENTERED MY MEMORANDUM IN SUPPORT OF THE MOTION WHICH THE RESPONSE IN "3" WAS FILED IN RESPONSE TO. THE CLERK INDICATED IN THE UPPER LEFT CORNER "HABEAS, IFP, PLO." A COPY OF THIS NOTICE IS ATTACHED HERETO AS "EXHIBIT B".

6.) ON THE INFORMATION PRESENTED IN "3"-"5", I BELIEVE THAT JUDGE O'HEARN HAS USURPED THE MANDATE DESCRIBED IN "2" TO RETALIATE AGAINST ME FOR MY PETITION FOR REDRESS NAMING HER AS A DEFENDANT IN "4"; BY CHANGING MY STATUS TO "IFP" AS DESCRIBED IN "5", DESPITE MY PAYMENT

2

OF THE FILING FEE IN THIS ACTION.
I DECLARE UNDER PENALTY OF PERJURY THAT ALL DOCUMENTS ATTACHED HERETO ARE TRUE & ACCURATE COPIES OF THE ORIGINALS, & THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE,
EXECUTED THIS 8<u>th</u> DAY OF <u>JANUARY</u>, 20<u>24</u>

_____
CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #1023176 NJSP
PO Box 861 TRENTON, NJ 08625

3

EXHIBIT A

**Responses and Replies**
1:22-cv-04185-CPO
MCGILLVARY v. DAVIS

HABEAS,PLO

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered by SCHWARTZ, AMANDA on 12/12/2023 at 12:40 PM EST and filed on 12/12/2023

**Case Name:** MCGILLVARY v. DAVIS
**Case Number:** 1:22-cv-04185-CPO
**Filer:** BRUCE DAVIS
THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY
**Document Number:** 33

**Docket Text:**
**RESPONSE to Motion filed by BRUCE DAVIS, THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY re [32] MOTION for Recusal (Attachments: # (1) Affidavit Affidavit of Service)(SCHWARTZ, AMANDA)**

**1:22-cv-04185-CPO Notice has been electronically mailed to:**

AMANDA GERILYN SCHWARTZ     schwartza@njdcj.org

**1:22-cv-04185-CPO Notice has been sent by regular U.S. Mail:**

CALEB L. MCGILLVARY
1222665/SBI102317G
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON, NJ 08625

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/12/2023] [FileNumber=17878370
-0] [8ba7c76d95f2f220e50a160b0366698e66f0803fdf8474c1d7c38ff14e084d52e
fcd2568b3d533c0b5631838663d56fa7a12e8f64ef6c23110cbe65e098b83d1]]
**Document description:** Affidavit Affidavit of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/12/2023] [FileNumber=17878370
-1] [6126f28ad0c9cdd2304a640e592986312a529909ce5d775715eb48ec63dc5b809
f3386acd16af9d66037259a163a025be51e0094a8ad4d28f2003c8ddc8cd5aa]]

EXHIBIT B

## Responses and Replies
1:22-cv-04185-CPO
MCGILLVARY v. DAVIS

HABEAS,IFP,PLO

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 12/20/2023 at 12:05 PM EST and filed on 12/15/2023
**Case Name:** MCGILLVARY v. DAVIS
**Case Number:** 1:22-cv-04185-CPO
**Filer:** CALEB L. MCGILLVARY
**Document Number:** 34

**Docket Text:**
**MEMORANDUM in Support filed by CALEB L. MCGILLVARY re [32] MOTION to Recuse Judge. (dmr)**

**1:22-cv-04185-CPO Notice has been electronically mailed to:**

AMANDA GERILYN SCHWARTZ    schwartza@njdcj.org

**1:22-cv-04185-CPO Notice has been sent by regular U.S. Mail:**

CALEB L. MCGILLVARY
1222665/SBI102317G
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON, NJ 08625

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=12/20/2023] [FileNumber=17902621
-0] [72312d30d0e3533ea369bf22cd7959dc26505dc6da92d8391aa3bc413405644ea
e3737cb9b24d55719aa17ca14bac0cc324a9bbd30e601a11fe6bc0bd2539c06]]

Caleb L. McGillvary, Pro Se
#1222665/SBI#1023174 NJSP
P.O. Box 861 Trenton, NJ 08625

Clerk, USDC-DNJ
U.S. Courthouse
4th & Cooper Sts,
Camden, NJ 08101-2797

Re: McGillvary v. Davis, Dkt. No. 1:23-cv-04185-CPO
ON PETITION FOR WRIT OF HABEAS CORPUS
Hon. Christine P. O'Hearn, USDJ.

Dear Clerk:

Please find enclosed & file onto the docket my letter to Hon. Michael A. Chagares, C.A.J. & declaration; & proof of service thereof; in the above-captioned matter.

Thank you,

Caleb L. McGillvary
In Propria Persona

Encl:
cc:

[Stamp: RECEIVED JAN 16 2024 AT 8:30 __ M CLERK, U.S. DISTRICT COURT - DNJ]

## PROOF OF SERVICE

I, CALEB L. MCGILLVARY, DECLARE PURSUANT TO 28 USC 1746 THAT ON TODAY'S DATE I PLACED IN THE INSTITUTIONAL MAILING SYSTEM HERE WHERE I'M CONFINED AT NJ STATE PRISON 3RD & FEDERAL STS, TRENTON, NJ 08625; WITH 1st CLASS POSTAGE PREPAID TO BE SENT VIA USPS MAIL; THE ORIGINAL & 3 COPIES TO THE CLERK AT USDC-DNJ 4TH & COOPER STS. CAMDEN, NJ; & A COPY EACH TO HON. MICHAEL A. CHAGARES AT ROOM 357, 2 FEDERAL SQ. NEWARK, NJ 07102, & TO AMANDA G. SCHWARTZ AT OAG-HJC PO BOX 085 25 MARKET ST. TRENTON, NJ 08625-0085, OF MY LETTER TO JUDGE CHAGARES & DECLARATION. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE & ACCURATE. EXECUTED THIS 8 DAY OF JANUARY, 2024

CALEB L. MCGILLVARY, PRO SE
#1222665/SBI #1023176 NJSP
PO BOX 861 TRENTON, NJ 08625

C MCGILLVARY
#1222665/SBI#1023174
NJSP PO BOX 861
TRENTON, NJ
08625





$007.90
JAN 10 2024
MAILED FROM ZIP CODE 08611





CERTIFIED MAIL
7012 0470 0002 1141 0901

CLERK
USDC - DNJ
US COURTHOUSE
4TH & COOPER STS.
CAMDEN, NJ
08101-2797

RECEIVED
JAN 16 2024
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

RECEIVED
JAN 16 2024
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

LEGAL MAIL