IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CALEB L. MCGILLVARY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 1:22-cv-4185 (MRH) |
| | : | |
| BRUCE DAVIS, et al. | : | |

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to the assignment of the above-titled case to a district judge in the Western District of Pennsylvania, a magistrate judge from the Western District of Pennsylvania is needed to handle matters in the above-titled case. For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the Western District of Pennsylvania from July 29, 2024 for such a period as is necessary for the disposition of the above-entitled matter.

THEREFORE,

**IT IS ORDERED**, with the concurrence of the Honorable Mark R. Hornak, Chief Judge of the Western District of Pennsylvania, that the Honorable Richard A. Lanzillo, Chief United States Magistrate Judge from the Western District of Pennsylvania, is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), on an as needed basis, in the District of New Jersey for a period from July 29, 2024, for such a period as is necessary for the disposition of the above-titled matter.

Dated this 29th day of July, 2024.

_____
**Honorable Renée Marie Bumb**
**Chief U.S. District Judge**
**District of New Jersey**