```
MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
ATTORNEY FOR RESPONDENTS-APPELLEES
BY:  AMANDA G. SCHWARTZ - ATTY NO. 240412017
     DEPUTY ATTORNEY GENERAL
     DIVISION OF CRIMINAL JUSTICE
     APPELLATE UNIT
     P.O. BOX 086
     TRENTON, NEW JERSEY 08625
     (609) 376-2400              UNITED STATES DISTRICT COURT
                                 FOR THE DISTRICT OF NEW JERSEY
                                 CIVIL NO. 1:22-cv-04185-MRH
_____

CALEB McGILLVARY,               :

     Petitioner,                            CRIMINAL ACTION
                                :
v.                                          AFFIDAVIT OF SERVICE

THE ATTORNEY GENERAL OF THE     :
STATE OF NEW JERSEY, et al.,
                                :
     Respondents.
                                :
_____
STATE OF NEW JERSEY  :
                     :  SS
COUNTY OF MERCER     :
```

Robert Scaliti, of full age, being duly sworn according to law upon her oath deposes and says:

1. I am a Management Assistant assigned to the Division of Criminal Justice, Appellate Bureau.

2. On December 17, 2024, I did mail, by regular U.S.P.S. mail, two copies of respondents' objections response to:

> Caleb L. McGillvary
> 1222665/102317G
> New Jersey State Prison
> PO Box 861
> Trenton, New Jersey 08625

_____
Robert Scaliti

Sworn to and subscribed before me on this 16th day of December, 2024.

_____
Amanda G. Schwartz
An Attorney-at-Law of New Jersey