# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALEB L. MCGILLVARY, | ) |
| | ) |
| Petitioner, | ) |
| | )   1:22-CV-04185-MRH |
| v. | ) |
| | ) |
| THE ATTORNEY GENERAL OF THE | ) |
| STATE OF NEW JERSEY, et al., | ) |
| | ) |
| Respondents. | |

## JUDGMENT

For the reasons stated in the Amended R&R (ECF No. 62) as supplemented by the Court's Memorandum Order of this date, the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**. **JUDGMENT** is **ENTERED** in favor of the Respondents and against the Petitioner. A Certificate of Appealability **SHALL NOT ISSUE**.

/s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: June 5, 2025