Caleb L. McGillvary
#1222665/SBI#102317G
NJSP P.O. Box 861
Trenton, NJ
08625-0861

June 10, 2025

Clerk, U.S. District court
For the DNJ
4th & Cooper St.
Camden, NJ
08101-2797

RECEIVED

JUN 18 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

RE: McGillvary v. Davis

Civil action no. 1:22-cv-04185-MRH
The Hon. Mark R. Hornak USDJ

Dear Clerk,
Please find enclosed and file onto the docket the $605.00 filing fee for initiating the appeal of the final judgement in the above-captioned matter, ECF 66, to the U.S. court of appeals for the third circuit. Thank you.

Respectfully submitted,
/s
Caleb L. McGillvary

ENCL:


