Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

June 26, 2025

Clerk, US Dist. Ct. - D.N.J.
4th & Cooper Sts.
Camden, NJ 08101-2792

    RE: Caleb L. McGillvary v. Bruce Davis, Adm'r NJSP
    Civil Action No. 1:22-cv-04185-MRH
    Hon. Mark R. Hornak, U.S.D.J.
    Hon. Richard A. Lanzillo, U.S.M.J.

Dear Clerk;

    Please provide me with a full docket report for the above-captioned matter, for my use on appeal to the U.S. Court of Appeals for the Third Circuit. Thank you.

    Kind Regards,

    Caleb L. McGillvary
    In Propria Persona

ENCL:
CC: FILE

RECEIVED
JUN 30 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

MCGILLVARY
#1222665/SBI#1023176
JSSP PO BOX 861
TRENTON, NJ
08625

CLERK
U.S. DIST. CT. - DNJ,
4TH & COOPER STS,
CAMDEN, NJ
08101-2797

7022 2410 0003 3323 1254

TRENTON NJ 085
27 JUN 2025

US POSTAGE
$009.64
First-Class - IMI
ZIP 08625
06/27/2025
036B 0011837735

RECEIVED
JUN 30 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

RECEIVED
JUN 30 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

LEGAL MAIL


LEGAL MAIL